IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

In the matter of the complaint and arrest warrant for DANIEL ALLEN CHILDERS

Case No. 23-mj-00023-WCM

Filed Under Seal

## ORDER TO UNSEAL

UPON MOTION of the United States of America for an order directing that the Affidavit, Complaint, Arrest Warrant, and all related motions or orders issued be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials are unsealed.

SO ORDERED on this 7th day of April, 2023.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE